[No. 32590-0-II.   Division Two.   April 4, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. BRENTON DWAYNE THOMPSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-01611-6, Stephanie A. Arend, J., entered November 23, 2004. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt and Penoyar, JJ.

[No. 32273-1-II.   Division Two.   April 4, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS REED GRAHAM, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 03-1-01462-0, Theodore F. Spearman, J., entered September 15, 2004. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Bridgewater and Armstrong, JJ.

[Nos. 32389-3-II; 32390-7-II.   Division Two.   April 4, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. FELICIA DAWN DIXON, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. JAMAL D. SMITH, *Appellant.*

Appeals from judgments of the Superior Court for Thurston County, Nos. 04-1-01397-0 and 03-1-00304-6, Gary Tabor, J., entered October 15, 2004. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Bridgewater and Van Deren, JJ.